# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA



## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:** USA v. WILLIAM F. GARLOCK AND GEORGINA RODRIGUEZ

**CASE NUMBER:** CR 21-00097 CRB

**Is This Case Under Seal?** Yes ☐  No ✓

**Total Number of Defendants:** 1 ☐  2-7 ✓  8 or more ☐

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** Yes ☐  No ✓

**Venue (Per Crim. L.R. 18-1):** SF ✓  OAK ☐  SJ ☐

**Is this a potential high-cost case?** Yes ☐  No ✓

**Is any defendant charged with a death-penalty-eligible crime?** Yes ☐  No ✓

**Is this a RICO Act gang case?** Yes ☐  No ✓

**Assigned AUSA (Lead Attorney):** Kyle F. Waldinger

**Date Submitted:** 7/14/2022

**Comments:**

Form CAND-CRIM-COVER (Rev. 11/16)

[RESET FORM]   [SAVE PDF]