# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Minutes

Date:   June 28, 2023          Judge:  Honorable Charles R. Breyer

Court Reporter: Elaine Cropper
Time: 26 Minutes
Case No.: CR21-0097-2 CRB
Case Name:  USA v. Georgina Rodriguez (Present) (NC)

Attorney(s) for Government: Andrew Dawson
Attorney(s) for Defendant(s): Ronald Gainor, Adam Panella

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Change of Plea hearing held by Zoom.  The defendant was sworn.  Plea Agreement provided to the Court. Defendant plead guilty to Counts 6 and 7 of the Indictment.  Sentencing hearing set for December 13, 2023 at 10:00 a.m., courtroom 6, 17th floor, San Francisco, CA.